IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02481-LTB-KMT

DANIEL W. DAUWE,

    Plaintiff,

v.

G. DAVID MILLER, individually and in his capacity as judicial officer,
JOANN L. VOGT, individually and in her capacity as judicial officer,
DIANA TERRY, individually and in her capacity as judicial officer,
NANCY J. LICHTENSTEIN, individually and in her capacity as judicial officer,

    Defendants.

## MINUTE ORDER

**KATHLEEN M. TAFOYA, United States Magistrate Judge**

Plaintiff's "Temporary Restraining Order" (Doc. No. 29, filed on February 20, 2009) and "Motion for Injunctive Relief" (Doc. No. 30, filed on February 20, 2009) shall be held in abeyance pending resolution of Defendants' Motion to Dismiss Amended Complaint (Doc. No. 21).

Dated: February 27, 2009