**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02481-LTB-KMT

DANIEL W. DAUWE,

      Plaintiff,

v.

G. DAVID MILLER et al.,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendants Colorado State Court Trial and Appellate Judges' Motion for Leave to File Reply to Plaintiff's Response to Defendants' Objection to Magistrate Judge's Recommendation (Doc 45 - filed June 18, 2009) is **GRANTED**.

Dated:   June 19, 2009

_____