**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-02481-LTB-KMT

DANIEL W. DAUWE,

       Plaintiff,

v.

G. DAVID MILLER, individually and in his capacity as judicial officer,
JOANN L. VOGT, individually and in her capacity as judicial officer,
DIANA TERRY, individually and in her capacity as judicial officer,
NANCY J. LICHTENSTEIN, individually and in her capacity as judicial officer,

       Defendants.

___

**ORDER**
___

Plaintiff's Motion Pursuant to Fed. R. Civ. P. 59 (Doc 50 - filed July 7, 2009) is DENIED.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:  July 10, 2009