**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02481-LTB-KMT

DANIEL W. DAUWE,

       Plaintiff,

v.

G. DAVID MILLER, individually and in his capacity as judicial officer,
JOANN L. VOGT, individually and in her capacity as judicial officer,
DIANA TERRY, individually and in her capacity as judicial officer,
NANCY J. LICHTENSTEIN, individually and in her capacity as judicial officer,

       Defendants.

___

**ORDER**
___

Pursuant to the remand from the Tenth Circuit Court of Appeals issued in this matter (Doc 60 - filed February 3, 2010), it is

ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court is directed to enter judgment according it pursuant to this Order.

                                BY THE COURT:

                                 s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED:  February 26, 2010